JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| IN RE ENDOLOGIX, INC., SHAREHOLDER DERIVATIVE LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | CASE NO. 8:17-cv-01155-AB (PLAx)<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION TO DISMISS WITHOUT PREJUDICE<br><br>Judge:  Hon. André Birotte Jr.<br>Ctrm:   7B |

THE COURT, having read and considered the Stipulation to Dismiss, and good cause appearing therefor, IT IS HEREBY ORDERED that:

1. The above-captioned action is dismissed without prejudice;
2. Each party shall bear his, her or its own fees, costs, and expenses; and
3. The Clerk shall close the file and terminate any pending matters.

Dated: February 17, 2021

Honorable André Birotte Jr.
United States District Judge

-1-